IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE JUBILEE-MILLER, | : | CIVIL ACTION |
| | : | NO. 09-00749 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANKFORD TORRESDALE HOSPITAL, | : | |
| | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this **1st** day of **April, 2011**, it is hereby **ORDERED** that Defendant's Motion for Attorneys' Fees and Nontaxable Expenses is **DENIED**. (doc. no. 29.)

**AND IT IS SO ORDERED.**

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**